**No. 49094.**—Protest 102263–K of Ednal Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the articles in question are the same in all material respects as the merchandise the subject of Abstract 48016, the claim at 40 percent was sustained.

**No. 49095.**—Protest 1290–K/11830 of Gustaf R. Westfelut, Jr. (New Orleans).

Opinion by WALKER, J. At the hearing the plaintiff testified, as well as another witness, neither of whom proved to be qualified to give testimony as to the component material of chief value. As the plaintiff failed to establish a *prima facie* case it was held that the collector's action had not been overcome. The protest was therefore overruled.

BEFORE THE THIRD DIVISION, DECEMBER 31, 1943

**No. 49096.**—Protest 63831–K of V. W. Davis (Duluth).

Opinion by KEEFE, J. It was stipulated that the merchandise is wild rice similar in all material respects to that the subject of *Davis* v. *United States* (10 Cust. Ct. 189, C. D. 751), which record was incorporated herein. In accordance therewith the protest was sustained.

**No. 49097.**—Protests 93228–K, etc., of Wilson & Co., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 48539. In accordance therewith it was held to be properly dutiable upon the basis of the net weight of the cheese as returned by the United States weigher, not including the weight of the strings, less 2½ percent for inedible coverings. Protests sustained to this extent. Abstracts 40880 and 41794 cited.